IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morris, Janice

Printed: 01/06/09

Case Number: 07 B 22328
Judge: Goldgar, A. Benjamin
Filed: 11/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 25, 2008
Confirmed: January 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,520.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,366.58 |
| Trustee Fee: |  | 153.42 |
| Other Funds: |  | 0.00 |
| Totals: | 2,520.00 | 2,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,774.00 | 2,366.58 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 11,102.41 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 234.15 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 0.00 |
| 6. | Wachovia Dealer Services | Unsecured | 12,143.16 | 0.00 |
| 7. | Rush Oak Park Hospital | Unsecured |  | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,353.72 | $ 2,366.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.03 |
| 6.5% | 102.39 |
|  | $ 153.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

